UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80207-Cr-Bloom

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACKIE DONICE WILLIAMS

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON VIOLATION OF SUPERVISED RELEASE

For the reasons stated herein, the undersigned recommends that the District Court find that the Defendant has violated the terms of his supervised release. On January 12, 2021, the U.S. Probation Office filed a Superseding Petition alleging twelve violations of the Defendant's terms of supervision ECF No. [39]:

1. Unlawfully possessing or using a controlled substance;
2. Unlawfully possessing or using a controlled substance;
3. Failing to follow the instructions of the probation officer;
4. Unlawfully possessing or using a controlled substance;
5. Unlawfully possessing or using a controlled substance;
6. Failing to refrain from violation of the law;
7. Unlawfully possessing or using a controlled substance;
8. Unlawfully possessing or using a controlled substance;
9. Failing to follow the instructions of the probation officer;
10. Failing to participate in an approved treatment program;

      11.     Unlawfully possessing or using a controlled substance; and

      12.     Unlawfully possessing or using a controlled substance.

A hearing was held on February 22, 2021, on the violation petition. Mr. Williams's appeared by Zoom video conference and was represented by his counsel. Mr. Williams's consented to appear by video. He was advised of the alleged violations and of his right to contest those violations. He stated that he had been given sufficient time to discuss his options with counsel, that counsel had answered all of his questions, and that counsel had performed all of the tasks that Mr. Williams's had requested. Defense counsel stipulated there was a factual basis for the allegations.

Defendant freely, knowingly, and voluntarily admitted to violations 1 through 12 through counsel, stated his wish to proceed to sentencing. Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1 through 12. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Bloom.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Beth Bloom, within 14 days after being served with a copy. *See* 28 U.S.C. 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 25th day of February 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE