UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cr-80207-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACKIE DONICE WILLIAMS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Superseding Petition for Offender Under Supervision, ECF No. [39], and following a final hearing, ECF No. [44], held before Magistrate Judge Bruce Reinhart. On February 25, 2021, Judge Reinhart issued a Report and Recommendations ("R&R") recommending that the Court find that Defendant has violated the terms of his supervised release. ECF No. [45]. The R&R states that any objections must be filed and served within fourteen days of the date of service of a copy of the R&R. *Id*. To date, Defendant has filed no objections, nor has he sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of Judge Reinhart's R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reinhart's R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Defendant has violated the terms of his supervised release.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

    1.    Magistrate Judge Reinhart's R&R, **ECF No. [45]**, is **ADOPTED**;

Case No. 16-cr-80207-BLOOM

2. This case has been scheduled for the Final Revocation of Supervised Release Hearing on March 23, 2021 at 1:30 p.m. *See* ECF No. [47].

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 17, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record