UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80207-Cr-Bloom

UNITED STATES OF AMERICA,

v.

JACKIE DONICE WILLIAMS,

    Defendant.
_____/

REPORT & RECOMMENDATION

    Defendant, JACKIE DONICE WILLIAMS, appeared before the Court on June 14, 2023, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally charged with felon in possession of a firearm and ammunition, in violation of Title 18 U.S.C. § 922(g)(1).  Following this conviction, he was sentenced to fifty-one (51) months in prison and three (3) years of supervised release.

    The Defendant began his term of supervised release on September 11, 2020.  He presently stands charged with violating his supervised release by: (1) unlawfully possessing or using a controlled substance (2) failing to follow the instructions of the probation officer (3) failing to notify the probation office of any change in residence and (4) failing to refrain from violation of the law.

    After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations 1, 2, 3 and 4, through counsel, stated his wish to proceed to sentencing.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1, 2, 3 and 4. The Court further RECOMMENDS that this matter be set down for sentencing as soon as possible.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Beth Bloom, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of June.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE